FRANCIS TIMONEY, RESPONDENT, *v.* CORNELIUS CALLAHAN, APPELLANT.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

JOSEPH W. WOODS, RESPONDENT, *v.* ZEBINA K. PANGBORN AND JOSEPH A. DEAR, APPELLANTS.

Order affirmed, without costs and disbursements.

Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

PHILIP H. REID AND HERMAN H. SCHWIETERING, APPELLANTS, *v.* THE LANCASTER FIRE INSURANCE COMPANY, OF LANCASTER, PA., RESPONDENT.

Judgment and order denying new trial affirmed, with costs.

Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

IN THE MATTER OF THE GENERAL ASSIGNMENT OF ANGELINA COOPER TO WALTER L. THOMPSON, FOR THE BENEFIT OF CREDITORS.

Order affirmed, with costs and disbursements.

Opinion by BARNARD, P. J.

IN THE MATTER OF MAX C. HUBNER.

Report of referee confirmed, and charges dismissed.

Opinion by DYKMAN, J.

MARGARET LOOFF AND OTHERS, RESPONDENTS, *v.* CYRUS LAWTON, APPELLANT.

Judgment and order denying new trial affirmed, with costs.

Opinion by DYKMAN, J.; GILBERT, J., not sitting.

IN THE MATTER OF THE FINAL ACCOUNTING OF THE EXECUTORS OF WILLIAM KELLY, DECEASED.

Order affirmed, with costs and disbursements.

Opinion by GILBERT, J.